UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2002 AUG 21 PM 4: 21
CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

BOOKER PERRY, JAMES JACKSON,
STACY MCLEAN, TERRY HAWKINS,
ROBSON SUAREZ and JUAN BAQUERO,

    Plaintiffs,

vs.

CASE NO. 6:01-CV-208-ORL-22JGG

ORANGE COUNTY, FLORIDA and
ORANGE COUNTY PROFESSIONAL
FIRE FIGHTERS, LOCAL 2057,
INTERNATIONAL ASSOCIATION
OF FIRE FIGHTERS,

    Defendants.
_____/

GRANTED and SO ORDERED this 23rd DAY OF Aug 2002
JAMES G. GLAZEBROOK
U.S. MAGISTRATE JUDGE

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW, Gary D. Wilson, Esquire, pursuant to Local Rule 2.03(b), and files this Motion to Withdraw as Counsel of Record with the law firm of Thomas J. Pilacek & Associates in the above-styled matter, and as grounds therefore states as follows:

1.     Gary D. Wilson is currently identified as counsel of record in the above-styled matter, on behalf of Akerman, Senterfitt & Eidson, but as representing the Plaintiff.

2.     As of May 3, 2002, Gary D. Wilson was no longer employed by Thomas J. Pilacek & Associates.

3.     As of May 8, 2002, Gary D. Wilson is now employed by Akerman, Senterfitt & Eidson, P.A. Because of his prior employment with Thomas J. Pilacek & Associates, however, he is prohibited from working on any case which involves Thomas J. Pilacek & Associates and Orange County, Florida, as well as generally Plaintiffs as a whole.

OR537941;1

1

F I L E   C O P Y

Date Printed: 08/26/2002


Notice sent to:

    ___ Thomas J. Pilacek, Esq.
    Thomas J. Pilacek & Associates
    Red Willow Plaza
    5844 Red Bug Lake Rd.
    Winter Springs, FL  32708

    ___ Kevin W. Shaughnessy, Esq.
    Akerman, Senterfitt & Eidson, P.A.
    255 S. Orange Ave.
    P.O. Box 231
    Orlando, FL  32802-0231

    ___ Deborah A. Gibson, Esq.
    Akerman, Senterfitt & Eidson, P.A.
    255 S. Orange Ave.
    P.O. Box 231
    Orlando, FL  32802-0231

    ___ Joseph Egan Jr., Esq.
    Egan, Lev & Siwica, P.A.
    231 East Colonial Dr.
    P.O. Box 2231
    Orlando, FL  32802-2221

    ___ Kathryn Sydny Piscitelli, Esq.
    Egan, Lev & Siwica, P.A.
    231 East Colonial Dr.
    P.O. Box 2231
    Orlando, FL  32802-2221