FILED

## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

02 SEP -4 PM 4: 00

CLERK, U.S. ~~~~~~ ~~URT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

BOOKER PERRY, JAMES JACKSON, STACY
McLEAN, TERRY HAWKINS, ROBSON
SUAREZ, and JUAN BAQUERO,

Plaintiffs,

-vs-                                                          Case No. 6:01-cv-208-Orl-22KRS

ORANGE COUNTY and ORANGE COUNTY
PROFESSIONAL FIRE FIGHTERS LOCAL
2057, INTERNATIONAL ASSOCIATION OF
FIRE FIGHTERS,

Defendants.

_____

### JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Plaintiff, JAMES JACKSON's claims against Defendant, ORANGE COUNTY, FLORIDA, are dismissed with prejudice pursuant to stipulation. The parties shall bear their own costs and attorneys' fees as to this claim.

that Plaintiffs BOOKER PERRY, STACY McLEAN, TERRY HAWKINS, ROBSON SUAREZ, and JUAN BAQUERO shall take nothing on their claims against Defendant ORANGE COUNTY, FLORIDA. Orange County shall recover its costs of action on these claims.

that Plaintiffs BOOKER PERRY, JAMES JACKSON, STACY McLEAN, TERRY HAWKINS, ROBSON SUAREZ, and JUAN BAQUERO shall take nothing on their claims against Defendant ORANGE COUNTY PROFESSIONAL FIREFIGHTERS, LOCAL 2057, INTERNATIONAL ASSOCIATION OF FIREFIGHTERS. Local 257 shall recover its costs of action on these claims.

Date: September 4, 2002

SHERYL L. LOESCH, CLERK

By: _____
C. Houston, Deputy Clerk

F I L E   C O P Y

Date Printed: 09/04/2002

Notice sent to:

   ✓  Thomas J. Pilacek, Esq.
      Thomas J. Pilacek & Associates
      Red Willow Plaza
      5844 Red Bug Lake Rd.
      Winter Springs, FL  32708

$C_M$
9/5

   ✓  Kevin W. Shaughnessy, Esq.
      Akerman, Senterfitt & Eidson, P.A.
      255 S. Orange Ave.
      P.O. Box 231
      Orlando, FL  32802-0231

  ___  Deborah A. Gibson, Esq.
      Akerman, Senterfitt & Eidson, P.A.
      255 S. Orange Ave.
      P.O. Box 231
      Orlando, FL  32802-0231

   ✓  Joseph Egan Jr., Esq.
      Egan, Lev & Siwica, P.A.
      231 East Colonial Dr.
      P.O. Box 2231
      Orlando, FL  32802-2221

  ___  Kathryn Sydny Piscitelli, Esq.
      Egan, Lev & Siwica, P.A.
      231 East Colonial Dr.
      P.O. Box 2231
      Orlando, FL  32802-2221