

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

BOOKER PERRY, JAMES JACKSON,
STACY McLEAN, TERRY HAWKINS,
ROBSON SUAREZ, and JUAN BAQUERO,

    Plaintiffs,

-vs-                                            Case No. 6:01-cv-208-Orl-22JGG

ORANGE COUNTY and ORANGE
COUNTY PROFESSIONAL FIRE
FIGHTERS LOCAL 2057,
INTERNATIONAL ASSOCIATION OF
FIRE FIGHTERS,

    Defendants.

## ORDER TO SHOW CAUSE

This cause comes before the Court for consideration of Magistrate Judge James G. Glazebrook's Report and Recommendation ("R&R") (Doc. 190), filed on May 6, 2004. Therein, Judge Glazebrook recommends that the Plaintiffs be ordered to pay Defendant Orange County $177,071.00 in attorneys' fees, paralegal fees and expert witness costs, and that they be required to pay Defendant Orange County Professional Fire Fighters, Local 2057 $93,743.50 in attorneys' fees. Judge Glazebrook further recommends denial of Orange County's motion for sanctions against Plaintiffs' counsel pursuant to 28 U.S.C. § 1927 and the Court's inherent power.

Apart from the issue of whether Plaintiffs' counsel should be sanctioned pursuant to § 1927 or under the Court's inherent authority, Judge Glazebrook's comments in the R&R

SCANNED



concerning the lack of legal and evidentiary support for the Plaintiffs' claims, and regarding Plaintiffs' counsel's conduct in the case, indicate that it is necessary to examine the question of whether the attorneys who represented Plaintiffs herein should be sanctioned pursuant to Fed. R. Civ. P. 11. After all, if the Plaintiffs did not misrepresent the facts of the case to their counsel and relied on their attorneys' judgment that this lawsuit was legally and factually supportable, and if counsel in fact violated Rule 11, considerations of fairness may require counsel to share responsibility for an award of fees and expenses.

Based on the foregoing, it is ORDERED as follows:

1. On or before Monday, July 12, 2004, Thomas J. Pilacek and Gary D. Wilson shall SHOW CAUSE in writing why they should not be sanctioned pursuant to Fed. R. Civ. P. 11 for:

> (a) alleging and persisting in the frivolous claim that "the Union refused to hire, promote, and train minority applicants; that the Union knew that test information was being leaked to white applicants; and that the Union played a significant role in the creation or administration of the examination" (Doc. 190 at 20);
>
> (b) alleging and persisting in the frivolous claim "that the Union racially discriminated against minority firefighters by advocating an eight-year TIG rule and by failing to advance plaintiffs' grievance to arbitration" (Doc. 190 at 20; *see also, id.* at 21 & 24 (explaining the frivolity of allegations concerning the eight-year TIG requirement));

(c) arguing that the plaintiffs had standing to challenge the eight-year TIG requirement (Doc. 190 at 20-21);

(d) relying on the groundless and speculative opinions of Dr. Hoffman (Doc. 190 at 22, 25-26);

(e) making groundless allegations of historical race discrimination (Doc. 190 at 23-24);

(f) alleging and persisting in the frivolous allegation that Plaintiff Suarez was Hispanic (Doc. 190 at 24);

(g) bringing and persisting in a frivolous retaliation claim against the Union (Doc. 190 at 26-27); and

(h) "relying on unsubstantiated assertions of plaintiffs and the speculative opinions of their expert," and "continu[ing] to pursue the disparate impact claim even after the close of discovery - the point at which [counsel] should have realized that the claim was devoid of evidentiary support" (Doc. 190 at 27-28).

2. So as to avoid addressing attorneys' fees issues piecemeal, the Court will await counsel's response before acting on the May 6th R&R.

DONE and ORDERED in Chambers, in Orlando, Florida this 25th day of June, 2004.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Gary D. Wilson, Esq.
    Jill S. Schwartz & Associates, P.A.
    180 N. Park Ave Ste 200
    Winter Park, Florida 32789-7401
Unrepresented Party
Magistrate Judge James G. Glazebrook
Administrative Law Clerk

FILE COPY

Date Printed: 06/25/2004

Notice sent to:

    Thomas J. Pilacek, Esq.
Thomas J. Pilacek & Associates
Red Willow Plaza
5844 Red Bug Lake Rd.
Winter Springs, FL 32708

6:01-cv-00208 lak

Kevin W. Shaughnessy, Esq.
Akerman Senterfitt
255 S. Orange Ave.
P.O. Box 231
Orlando, FL 32802-0231

6:01-cv-00208 lak

Rexford H. Stephens, Esq.
Akerman Senterfitt
255 S. Orange Ave.
P.O. Box 231
Orlando, FL 32802-0231

6:01-cv-00208 lak

Joseph Egan Jr., Esq.
Egan, Lev & Siwica, P.A.
231 East Colonial Dr.
P.O. Box 2231
Orlando, FL 32802-2221

6:01-cv-00208 lak

Kathryn Sydny Piscitelli, Esq.
Egan, Lev & Siwica, P.A.
231 East Colonial Dr.
P.O. Box 2231
Orlando, FL 32802-2221

6:01-cv-00208 lak